# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

FILED

FEB 03 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 10 -BLG-TJC |
|---|---|
| IN THE MATTER OF THE TRACKING of: 2005 Acura TL, 4-door white Sedan, MT Plate: 22-4972C, VIN: 19UUA662X5A073261 | ORDER |

Based upon the motion of the United States, and good cause appearing,

IT IS ORDERED that this case and all pleadings in it, including the

application and affidavit for a search warrant and the search warrant are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this 3 day of February, 2020.


TIMOTHY J. CAVAN
United States Magistrate Judge

1